### R. O. DAVIS v. GAMBLE.
#### No. 5968.

Circuit Court of Appeals, Sixth Circuit.
March 18, 1932.

B. P. Wootton, of Frankfort, Ky., and W. E. Faulkner, of Hazard, Ky. (Faulkner & Faulkner and Wootton, Helm & Wooton, all of Hazard, Ky., on brief), for appellant.

W. W. Reeves, of Hazard, Ky., for appellee.

Before MOORMAN, HICKS, and HICKENLOOPER, Circuit Judges.

PER CURIAM.

The questions in this case are similar in all respects to those presented in the case of Crawford v. Gamble, Receiver, 57 F.(2d) 15, this day decided, and the decree is affirmed upon the authority of the opinion filed therein.